No. 202. ATLANTIC COAST LINE RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* ELLA DUTTON, AS ADMINISTRATRIX OF THE ESTATE OF LEE DUTTON, DECEASED. In error to the Supreme Court of the State of South Carolina. Argued January 18, 1918. Decided January 21,

1918. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Ry. Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668; *Great Northern Ry. Co.* v. *Knapp,* 240 U. S. 464; *Baltimore & Ohio R. R. Co.* v. *Whitacre,* 242 U. S. 169; *Southern Ry. Co.* v. *Puckett,* 244 U. S. 571, 574. *Mr. P. A. Willcox, Mr. Lucian W. McLemore, Mr. Frederic D. McKenney* and *Mr. J. S. Flannery* for plaintiff in error. *Mr. L. D. Jennings* and *Mr. A. S. Harby* for defendant in error.